| | |
|---|---|
| 1  UNITED STATES DISTRICT COURT | |
| 2  DISTRICT OF NEVADA | |

| | |
|---|---|
| 3 JAMES MCDANIEL, | Case No. 3:19-cv-00101-RCJ-WGC |
| 4 Plaintiff | ORDER |
| 5 v. | |
| 6 JAMES DZURENDA, | |
| 7 Defendant | |

**I. DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a blank 42 U.S.C. § 1983 complaint form and has not filed an application to proceed *in forma pauperis* in this matter. (ECF Nos. 1, 1-1). Additionally, Plaintiff has filed a one-sentence motion for appointment of counsel (ECF No. 1-2) which is difficult to read.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed i*n forma pauperis*.

The Court denies Plaintiff's motion for appointment of counsel (ECF No. 1-2) without prejudice at this time. If Plaintiff seeks to file a motion for appointment of counsel, he should detail the reasons why he seeks counsel.

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that the motion for appointment of counsel (ECF No. 1-2) is denied without prejudice.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: February 22, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE