McDaniel, James
(Name)
79536
(ID No.)
Northern Nevada Correctional Center
Post Office Box 7000
Carson City, NV 89702

Plaintiff, In Proper Person

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| James McDaniel, <br> Plaintiff <br> vs. <br> James Dzurenda, <br> Respondent(s). | Case No.: 3:19-cv-00101-RCJ-WGC <br><br> **NOTICE OF CHANGE OF ADDRESS** |

　　PLEASE TAKE NOTICE: Plaintiff has recently been transferred by prison officials to a different institution. All future correspondence in this action shall be addressed to Plaintiff at the following address, effective immediately: (Please Note: Northern Nevada Correctional Center provides access to e-filing. Plaintiff may receive and file future pleadings in this action via e-file)

**Northern Nevada Correctional Center**
**Post Office Box 7000**
**Carson City, NV 89702**

_____
Plaintiff, In Proper Person