3:19-cv-00101



I, Plaintiff James M<sup>c</sup> Neil  2nd Federal and
Case number 3:19-CV-00101 hereby
give notice of my change of address to:

N.N. James M<sup>c</sup> Neil  # 79530
P.O. Box 7000
Carson City, NV. 89702

I'm Blind. Please forgive me.

James M<sup>c</sup> Neil                    Date: 12-5-19