UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES MCDANIEL,

                Plaintiff

v.

JAMES DZURENDA et al.,

                Defendants

Case No. 3:19-cv-00101-RCJ-WGC

ORDER

    In light of the appointment of pro bono counsel, David M. Zaniel, the Court grants Plaintiff and his attorney 30 days from the date of this order to file a first amended complaint in this case. If Plaintiff and his attorney fail to file a first amended complaint, the Court will screen Plaintiff's original complaint (ECF No. 1-1) and that will be the operative complaint in the case.

    DATED THIS  19th  day of June 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE