# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES MCDANIEL, | ) | 3:19-cv-00101-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 22, 2020 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Extend Time to File Second Amended Complaint (ECF No. 40).

Good cause appearing, Plaintiff's Motion to Extend Time to File Second Amended Complaint (ECF No. 40) is **GRANTED**.  Plaintiff shall have to and including **Monday, November 23, 2020**, in which to file a Second Amended Complaint.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
Deputy Clerk