UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MCDANIEL,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, *et al.*,<br><br>   Defendants. | Case No.: 3:19-CV-00101-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 85) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 85[1]) entered on February 8, 2022, recommending that the Court grant Defendant Tasheena Cooke's motion for summary judgment (ECF Nos. 66, 68, 71). Plaintiff filed his objections (ECF No. 88).

  This action was referred to Magistrate William G. Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 85) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendant, Tasheena Cooke's (formerly known as Tasheena Sandoval) motion for summary judgment (ECF No. 66) is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2022.

_____
ROBERT C. JONES
United States District Judge