# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MCDANIEL,<br><br>                     Plaintiff,<br>v.<br><br>JAMES DZURENDA, et al.,<br><br>                     Defendants. | 3:19-cv-00101-RCJ-CSD<br><br>**ORDER**<br><br>Re: ECF No. 93 |

Before the court is Plaintiff's Motion to Verify (ECF No. 93). Plaintiff requests the court "verify" if it has received his appeal in this case.

After a review of the court's docket, Plaintiff is advised that the court has not received an appeal in this matter.

Plaintiff's Motion to Verify (ECF No. 93) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: April 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1