# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MCDANIEL,<br><br>                Plaintiff,<br>v.<br><br>JAMES DZURENDA, et al.,<br><br>                Defendants. | 3:19-cv-00101-RCJ-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 96, 97, 98 |

      Before the court are Plaintiff's Motions Requesting Defendants' Forfeiture (ECF Nos. 96 and 97) and Plaintiff's Motion for Notice of Stolen Legal Material (ECF No. 98).

      On March 2, 2022, Senior District Judge Robert C. Jones granted Defendant's Motion for Summary Judgment and closed this case. (ECF Nos. 89 and 90.)

      Based on the above, Plaintiff's Motions (ECF Nos. 96, 97 and 98) are **DENIED** as the court no longer has jurisdiction over this closed case.

**IT IS SO ORDERED.**

DATED:  August 4, 2022.

_____
UNITED STATES MAGISTRATE JUDGE