# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MCDANIEL,<br><br>             Plaintiff,<br>v.<br><br>JAMES DZURENDA, et al.,<br><br>             Defendants. | 3:19-cv-00101-RCJ-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 100, 101, 102 |

Before the court are Plaintiff's Motions for Miscellaneous Relief (ECF Nos. 100, 101 and 102).

For the reasons set forth in the court's order of August 4, 2022 (ECF No. 99), Plaintiff's Motions (ECF Nos. 100, 101 and 102) are **DENIED**. There shall be no further documents filed in this now-closed case.

**IT IS SO ORDERED.**

DATED:  August 12, 2022.

_____
UNITED STATES MAGISTRATE JUDGE